The People of the State of New York, Respondent, v. Jacob Silverberg, Appellant.— Judgment affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Plymouth Rubber Company, Respondent, v. David Goldstein and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

William B. Franklin and Another, Appellants, v. Joseph Leiter, Respondent, Impleaded with Others.— Order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

Nora McNulty, as Administratrix, etc., Respondent, v. George W. Linch, as Receiver of the Second Avenue Railroad Company, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

Jacob Rossbach and Others, Appellants, v. Mansfield Tire and Rubber Company, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

In the Matter of James A. Duffy, Deceased.—Decree affirmed, with costs, on opinion of Fowler, S. (Reported in 90 Misc. Rep. 251.) Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.

Ignacy A. Rucienski, Appellant, v. North British and Mercantile Insurance Company of London and Edinburgh, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.; Laughlin, J., dissented.

Ignacy A. Rucienski, Appellant, v. The Liverpool and London and Globe Insurance Company, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.; Laughlin, J., dissented.

William Stake & Company, Inc., Appellant, v. Oswald Roth and Another, Respondents.— Determination and judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Dowling, JJ.